```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04895
   TIMOTHY J DRZEWIECKI
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6705

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/20/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC     6000.00           355.02        2219.04
CHASE AUTO FINANCE         UNSECURED         4092.64              .00          23.18
MEADOWS CREDIT UNION       SECURED VEHIC     8450.00           597.39        2335.96
MEADOWS CREDIT UNION       UNSECURED         5374.27              .00          19.09
PORTFOLIO RECOVERY ASSOC   UNSECURED        18752.69              .00         106.24
PORTFOLIO RECOVERY         UNSECURED        17900.31              .00         101.41
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED            .00            .00
CHASE BANK USA NA          UNSECURED         9255.72              .00          52.43
CITI                       UNSECURED        30681.43              .00         173.82
CITICORP CREDIT SERVICES   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED           50.00              .00            .00
SEARS PAYMENT CENTER       UNSECURED        NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED         6729.21              .00          23.90
WELLS FARGO FINANCIAL IL   UNSECURED          892.67              .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,724.00                           129.99
TOM VAUGHN                 TRUSTEE                                             462.53
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              6,600.00

PRIORITY                                       .00
SECURED                                    4,555.00
    INTEREST                                 952.41
UNSECURED                                    500.07
ADMINISTRATIVE                               129.99
TRUSTEE COMPENSATION                         462.53
DEBTOR REFUND                                  .00
                    ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04895 TIMOTHY J DRZEWIECKI
```

```
TOTALS                                  6,600.00            6,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/27/09                                /s/ Tom Vaughn
                                                                _____
                                                                 TOM VAUGHN
                                                                 CHAPTER 13 TRUSTEE